UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | |
|---|---|
| RANDALL D. TOMLINSON, ) | |
| ) | |
| Plaintiff, ) | No. 7:11-CV-00140-KSF |
| ) | |
| V. ) | |
| ) | **JUDGMENT** |
| ERIC HOLDER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, the Court **ORDERS AND ADJUDGES** that:

(1) Judgment **IS ENTERED** in favor of (a) Defendant Eric Holder, Attorney General of the United States, and (b) Defendant Jose Santos, Chief Designator of the Bureau of Prisons' Designation and Sentence Computation Center, located in Grand Prairie, Texas.

(2) This is a **FINAL ORDER** and there is no just cause for delay.

(3) The Court **CERTIFIES** that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3);

(4) This matter **IS STRICKEN** from the Court's active docket.

This November 7, 2011.



**Signed By:**

*Karl S. Forester* KSF

**United States Senior Judge**